UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                            CASE NO: 2:10-CR-136-FtM-29SPC

MICHAEL MARTIN

_____

**ORDER**

This matter comes before the Court on Motion to Exonerate Bond (Doc. #331) filed on June 13, 2012. Defense Counsel moves the Court to exonerate the bond posted in this case for the pre-trial release of the Defendant. The bond was originally posted in California where the Defendant was arrested on the indictment. His mother, Patricia Martin, posted $100,000 cash bond in the California case number 11-MJV-70707. The cash has not been transferred to the Middle District of Florida to date. Counsel seeks to have the deposit returned to the surety because the case has been resolved, the Defendant has been sentenced and there are no further proceedings. The Court, having considered the motion, finds sufficient cause to suggest the release of the monies to the surety as they have not yet been transferred to the Middle District of Florida.

Accordingly, it is now

**ORDERED:**

The Motion to Exonerate Bond (Doc. #331) is **GRANTED**. The monies currently being held by the Clerk of Court in the United States District Court in San Francisco for the Middle District of Florida may be released to the surety as the case in the Middle District of Florida has been resolved and no further matters are outstanding before this Court.

**DONE AND ORDERED** at Fort Myers, Florida, this 15th Day of June, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record